HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ANDRES NAVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-po-00449-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE; ORDER** |
| vs. | ) |
| ANDRES NAVA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Andres Nava, that the Court continue the November 28, 2017 hearing to January 23, 2018.

Mr. Nava was required to get his license back before his next court date, however, due to an issue with CVB's and DMV's processing systems, the abstract on Mr. Nava's license was not lifted, preventing Mr. Nava from getting his license reinstated. The parties are hopeful that this issue will be resolved soon and that Mr. Nava will be able to get his license. Accordingly, the parties request that Court continue Mr. Nava's hearing to January 23, 2018.

//

//

//

|     |                          |                                                      |
| --- | ------------------------ | ---------------------------------------------------- |
|     |                          | Respectfully submitted,                              |
|     |                          | PHILLIP A. TALBERT<br>United States Attorney         |
|     | Date: November 22, 2017  | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|     |                          | HEATHER E. WILLIAMS<br>Federal Defender              |
|     | Date: November 22, 2017  | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>ANDRES NAVA |

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the November 28, 2018 hearing for Andres Nava, Case No. 6:17-po-00050-MJS, is continued to January 23, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __November 22, 2017__   /s/ *Michael J. Seng*
                                                                        UNITED STATES MAGISTRATE JUDGE

Nava: Stipulation to Continue