1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ANDRES NAVA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  Case No. 6:17-po-00449-MJS
                                 )
12          Plaintiff,           )  **STIPULATION TO CONTINUE; ORDER**
                                 )
13  vs.                          )
                                 )
14  ANDRES NAVA,                 )
                                 )
15          Defendant.           )
                                 )
16

17        IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant

19  Federal Defender Hope Alley, counsel for Andres Nava, that the Court continue the January 23,

20  2018 hearing to March 6, 2018.

21        The parties agreed that the government would dismiss Mr. Nava's case if he were able to

22  get his license reinstated. Unfortunately, an abstract issued by the Court prevented Mr. Nava

23  from getting his license reinstated. That abstract was lifted in late November, and Mr. Nava has

24  since discovered that there is also a mistaken hold from child support on his license. He is trying

25  to clear up the issue with child support, and he is hopeful that he will be able to get his license

26  reinstated in the near future. Given the circumstances, the parties request that the Court continue

27  Mr. Nava's January 23, 2018 hearing to March 6, 2018.

28  //

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Date: January 17, 2018 | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 17, 2018 | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>ANDRES NAVA |

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the January 23, 2018 hearing for Andres Nava, Case No. 6:17-po-00449-MJS, is continued to March 6, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 17, 2018         /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE

Nava: Stipulation to Continue